Case 3:25-cv-04522-SK   Document 4   Filed 05/30/25   Page 1 of 2

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **BOIES SCHILLER FLEXNER LLP** |
| David Boies (*pro hac vice* pending) | Alison L. Anderson, SBN 275334 |
| 333 Main Street | Samantha Parrish, SBN 318681 |
| Armonk, NY 10504 | 2029 Century Park East, Suite 1520 |
| Tel: (914) 749-8200 | Los Angeles, CA 90067 |
| dboies@bsfllp.com | Tel.: (213) 629-9040 |
| | alanderson@bsfllp.com |
| Mark C. Mao, SBN 236165 | sparrish@bsfllp.com |
| Beko Reblitz-Richardson, SBN 238027 | |
| 44 Montgomery St., 41st Floor | Michael Mitchell (*pro hac vice* pending) |
| San Francisco, CA 94104 | 1401 New York Ave, NW |
| Tel.: (415) 293-6800 | Washington, DC 20005 |
| mmao@bsfllp.com | Tel: 202 237 2727 |
| brichardson@bsfllp.com | mmitchell@bsfllp.com |

James Lee (*pro hac vice* pending)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

*Attorneys for Plaintiffs Mary Jane Whalen, Monica Meiloaica, and Chasom Brown, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| MARY JANE WHALEN, MONICA MEILOAICA, and CHASOM BROWN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> EPIQ SYSTEMS, INC., ANGEION GROUP LLC, JND LEGAL ADMINISTRATION, HUNTINGTON NATIONAL BANK, WESTERN ALLIANCE BANK, and DOES 1-20, <br><br> Defendants. | Case No.: 3:25-cv-04522-SK <br><br> **PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

---

Case No. 3:25-cv-04522-SK

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for Plaintiffs, certify that |
| 2 | as of this date, there is no conflict or interest (other than the named parties) to report. |
| 3 | Plaintiffs reserve the right to supplement this disclosure statement if needed. |

Dated: May 30, 2025        By:      /s/Mark C. Mao
                                          Mark C. Mao

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice* pending)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, SBN 236165
Beko Reblitz-Richardson, SBN 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (*pro hac vice* pending)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, SBN 275334
Samantha Parrish, SBN 318681
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 629-9040
alanderson@bsfllp.com
sparrish@bsfllp.com

Michael Mitchell (*pro hac vice* pending)
1401 New York Ave, NW
Washington, DC 20005
Tel: 202 237 2727
mmitchell@bsfllp.com

*Attorneys for Plaintiffs*